UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RUTH ELLEN MANGUM,

                              Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                              Defendant.

Case No. C10-5099KLS

ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED *IN FORMA
PAUPERIS*

      Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is GRANTED.  Plaintiff

does not appear to have funds available to afford the $350.00 filing fee.

      DATED this 19th day of February, 2010.


Karen L. Strombom
United States Magistrate Judge

ORDER - 1