# United States District Court
WESTERN DISTRICT OF WASHINGTON

RUTH E. MANGUM,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5099KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the ALJ's decision be reversed and this matter remanded for further administrative proceedings.

February 4, 2011

BRUCE RIFKIN
Clerk

By Traci Whiteley, Deputy Clerk